# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DEVIN DEMOND CARL, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO 21-329-CG-N |
| WARDEN OLIVER, et al., | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's action is **DISMISSED** without prejudice for failure to prosecute.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 20th day of October, 2021.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE